UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P.,<br>NAPP PHARMACEUTICAL GROUP LTD.,<br>BIOVAIL LABORATORIES INTERNATIONAL,<br>SLR, and ORTHO-MCNEIL, INC.,<br>    Plaintiffs,<br><br>    v.<br><br>PAR PHARMACEUTICAL, INC. and<br>PAR PHARMACEUTICAL COMPANIES, INC.,<br>    Defendants. | C.A. No. 07-414 |

**PLAINTIFFS' FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Ortho-McNeil, Inc. hereby state as follows:

1. Ortho-McNeil, Inc. is a New Jersey corporation. Ortho-McNeil, Inc. has one parent corporation, Johnson and Johnson, a public company, which owns more than 10% of Ortho-McNeil's stock.

Respectfully submitted,

By: */s/ Mary W. Bourke*
    Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
302-658-9141
*Attorneys for Plaintiff Ortho-McNeil, Inc.*

DATED:  June 29, 2007

549657

PDF created with pdfFactory trial version www.pdffactory.com