IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P.,<br>NAPP PHARMACEUTICAL GROUP LTD.,<br>BIOVAIL LABORATORIES INTERNATIONAL,<br>SRL, and ORTHO-MCNEIL, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PAR PHARMACEUTICAL, INC. and<br>PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)　C.A. No. 07-255 (JJF)<br>)　C.A. No. 07-414 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Purdue's Response to Defendants' First Set of Requests for Production of Documents and Things To Purdue Pharma Products L.P.; and (2) Napp's Response to Defendants' First Set of Requests for Production of Documents and Things To Napp Pharmaceutical Group Ltd. were caused to be served on September 19, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and FEDERAL EXPRESS* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL*<br>*and FEDERAL EXPRESS* |

Richard D. Kirk, Esquire                                      *VIA ELECTRONIC MAIL*
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Mary W. Bourke, Esquire                                       *VIA ELECTRONIC MAIL*
Connolly Bove Lodge & Hutz LLP
The Nermours Building
1007 North Orange Street
Wilmington, DE 19801

                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ Jack B. Blumenfeld (#1014)*
                                                Jack B. Blumenfeld (#1014)
                                                Rodger D. Smith II (#3778)
OF COUNSEL:                           1201 N. Market Street
                                                P.O. Box 1347
Robert J. Goldman                   Wilmington, DE 19899-1347
ROPES & GRAY LLP                 (302) 658-9200
525 University Avenue             jblumenfeld@mnat.com
Suite 300                                         rsmith@mnat.com
Palo Alto, CA 94301              *Attorneys for Plaintiffs*
(650) 617-4000                      *  Purdue Pharma Products L.P.*
                                                *  and Napp Pharmaceutical Group Ltd.*

Herbert F. Schwartz
Richard A. Inz
Sona De
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
Dated: September 19, 2007

980826

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 19, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

    Frederick L. Cottrell, III, Esquire
    Steven J. Fineman, Esquire
    Richards, Layton & Finger, P.A.

    Richard D. Kirk, Esquire
    The Bayard Firm

    Mary W. Bourke, Esquire
    Connolly Bove Lodge & Hutz LLP

  I further certify that I caused to be served copies of the foregoing document on September 19, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mary W. Bourke, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nermours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

            */s/ Jack B. Blumenfeld (#1014)*
            Jack B. Blumenfeld (I.D. No. 1014)